BENJAMIN KLINGER, Respondent, Appellant, v. HERMAN RESSLER, Appellant, Respondent.— Interlocutory judgment modified by striking out the requirement for undertakings and as so modified affirmed, with costs to the plaintiff. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ITALIAN DISCOUNT AND TRUST COMPANY, Respondent, v. EDWARD SPIEGEL, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

In the Matter of the Arbitration between MITCHELL-TAPPEN COMPANY, Respondent, and D. H. HAYDEN COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MARK SPIEGEL REALTY CORPORATION, Respondent, v. THE GOTHAM NATIONAL BANK OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JOHN M. BRENNAN, Respondent, v. JOHN V. DUNNE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MORRIS KANTROWITZ, an Infant, by ELIESER KANTROWITZ, His Guardian ad Litem, Appellant, v. ETTA BLANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ELIESER KANTROWITZ, Appellant, v. ETTA BLANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

SAMUEL KRIDEL and Others, Respondents, v. SCHAI BILIK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

SOLOMON SCHECHTER, Respondent, v. SAYER STEAM LAUNDRY CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

In the Matter of SIEGFRIED KOPPEL, Deceased.— Decree so far as appealed from modified by surcharging the administratrix only with the value of the equity of redemption in such jewelry as the surrogate found belonged to the decedent. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

WILLIAM A. JAMISON and Another, Respondents, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JAMES T. POTTERTON, as Administrator, etc., of ROSANNA POTTERTON, Deceased, Respondent, v. R. H. MACY & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of ANNA BERNHARD, Respondent, v. JOHN MILLER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.